# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tony Curtis Barrino,

       Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                             3:11-cv-247-GCM

United States Treasury,
United States Government Administration [sic],
Timothy Giethner [sic],
Barack Obama,

       Defendants.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2011 Order.

                                     Signed: June 15, 2011

                                     */s/ Frank G. Johns*
                                     Frank G. Johns, Clerk
                                     United States District Court